IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01240–MSK–KMT

FINISHMASTER, INC.,

    Plaintiff,

v.

ROSS MARKETING & CONSULTING, L.L.C., d/b/a AUTOWORKS INTERNATIONAL, and EUGENE KLIKE, individually,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Unopposed Motion to Amend Complaint." (Doc. No. 21.) Plaintiff seeks to amend paragraph 3 of the complaint to clarify the citizenship of the members of Defendant Ross Marketing & Consulting, LLC. (*Id.* at 2.) Defendants do not oppose the amendment. The deadline for amending the pleadings, October 15, 2010, has not passed. (*See* Doc. No. 11 at 7.) Federal Rule of Civil Procedure 15 requires that leave to amend be freely granted when justice so requires. *See* Fed. R. Civ. P. 15(a). Accordingly, Plaintiff's Unopposed Motion to Amend Complaint (Doc. No. 21) is GRANTED. The Clerk of Court is directed to file the Amended Complaint (Doc. No. 21-1).

Dated: October 14, 2010