**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 10-cv-01240-MSK-KMT           FTR - Courtroom C-201

**Date:** February 7, 2011                                         Deputy Clerk, Nick Richards


FINISHMASTER, INC.,                                         Sarah Elizabeth McCutheon

        Plaintiff,

v.

ROSS MARKETING & CONSULTING, L.L.C.,          Jeffrey Clay Ruebel
d/b/a AUTOWORKS INTERNATIONAL, and
EUGENE KLOKE, individually,

        Defendants.

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**MOTION HEARING**
**Court in session: 9:56 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called on Plaintiff's Motion to Compel [Doc. No. 29, filed December 18, 2010].

Oral argument from Plaintiff.
Oral argument from Defendants.
Rebuttal argument from Plaintiff.

It is **ORDERED**:     Plaintiff's Motion to Compel [29] is **GRANTED**.  The Motion is granted in regard to Interrogatory No. 12 and Requests for Production No. 5 and No. 6.  Defense counsel will produce complete responses to Interrogatory No. 12 and Requests for Production No. 5 and No. 6 by February 21, 2011.

The Court finds exceptional good cause has been shown in this matter to warrant moving the Dispositive Motion deadline.  Parties have had disagreements over discovery and depositions have not been taken pending this court's ruling.  Both parties attended a Settlement Conference on January 24, 2011 in good faith, were prepared,

and came with full intent to settle, if possible.  Failure to extend the discovery cut off and dispositive motions date would undermine the administration of justice in this matter.

It is **ORDERED**:     Dispositive Motions deadline is extended from March 28, 2011 to May 27, 2011. Discovery cut-off is extended from February 28, 2011 to April 15, 2011.

**Court in Recess: 11:05 a.m.**
Hearing concluded.
Total In-Court Time    01:09

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.